UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SYDNEY T. VAN ASSCHE,

Plaintiff

v.

STATE OF NEVADA,

Defendant

Case No. 2:18-cv-02135-JAD-NJK

ORDER

**I.  DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* and has submitted a motion to compel. Docket Nos. 1, 1-1. Plaintiff has not submitted a complaint in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff until December 10, 2018, to submit a complaint to this Court. The Court will defer a decision on the application to proceed *in forma pauperis* until Plaintiff submits a proper initiating document for this case.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that a decision on the application to proceed *in forma pauperis*, Docket No. 1, is deferred.

IT IS FURTHER ORDERED that Plaintiff shall submit a complaint to this Court, no later than December 10, 2018.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his motion to compel. Docket No. 1-1.

///

///

1 | IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 8th day of November, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE