# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SIDNEY T. VAN ASSCHE, <br>     Plaintiff(s), <br> v. <br> STATE OF NEVADA, et al., <br>     Defendant(s). | Case No.: 2:18-cv-02135-JAD-NJK <br><br> **ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than November 28, 2019.

IT IS SO ORDERED.

Dated: November 14, 2019

                                           Nancy J. Koppe <br>
                                           United States Magistrate Judge